**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Darbah Exner — Case No: 26−42186 − MAB

Debtor(s) — Chapter 7 Case

---

# STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor(s)' case is presumed to be an abuse under section 707(b). (Wencil, Sarah)

Dated: 8/5/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: KSI
Deputy Clerk

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-42186-MAB
Darbah Exner Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2
Date Rcvd: Aug 05, 2026 Form ID: mnbstpab Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darbah Exner, 7702 Gleason Rd, Edina, MN 55439-2562 |
| 63696328 | + | Lsl/Patien, 6200 W Howard St, Niles, IL 60714-3404 |
| 63696331 | + | Wfbna Card, PO Box 29476, Phoenix, AZ 85038-9476 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63696321 | + | Email/PDF: bncnotices@becket-lee.com | Aug 05 2026 22:11:29 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 63696322 | + | Email/Text: bknotification@bell.bank | Aug 05 2026 22:02:00 | Bell Bank, PO Box 10877, Fargo, ND 58106-0877 |
| 63696323 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2026 22:11:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 63696324 | + | Email/Text: mrdiscen@discover.com | Aug 05 2026 22:01:00 | Discoverc, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 63696325 | + | Email/Text: dplbk@discover.com | Aug 05 2026 22:02:00 | Discoverpl, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 63696326 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 22:01:00 | Internal Revenue Service, General Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63696327 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2026 22:11:40 | Jpmcb Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 63696330 | + | Email/Text: mdor.bkysec@state.mn.us | Aug 05 2026 22:01:00 | MN Revenue, BANKRUPTCY SECTION, PO Box 64447, Saint Paul, MN 55164-0447 |
| 63696329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2026 22:11:51 | MacYs/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Margaret R. Henehan | on behalf of Debtor 1 Darbah Exner margaret@kainhenehan.com<br>margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net |
| Matthew D. Swanson | 7trustee@greensteinsellers.com MN29@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3